UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TYLER DANILEY,

       Plaintiff,

v.                                   Case No: 8:24-cv-2023-KKM-AEP

FLORIDA'S GREEN THUMB
LAWN & PEST, LLC,

       Defendant.

_____

## ORDER

The United States Magistrate Judge recommends granting the plaintiff's second motion for default judgment. (Doc. 15). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation.

After conducting a review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry.*

*Co.*, 37 F.3d 603, 604 (11th Cir. 1994) (per curiam); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation.

Accordingly, it is **ORDERED**:

1.  The Magistrate Judge's Report and Recommendation (Doc. 15) is **ADOPTED** and made a part of this Order for all purposes.

2.  The Plaintiff's motion for default judgment as to Count I (Doc. 11) is **GRANTED**.

3.  Count II is **DISMISSED** without prejudice.

4.  The Clerk is directed to **ENTER JUDGMENT** which shall read "Judgment is entered in favor of Plaintiff Tyler Daniley and against Defendant Florida's Green Thumb Lawn & Pest, LLC, in the amount of $6,193.26, plus post-judgment interest calculated at the statutory rate."

5.  The Clerk is directed to **CLOSE** this case and **TERMINATE** any remaining deadlines.

**ORDERED** in Tampa, Florida, on January 31, 2025.

Kathryn Kimball Mizelle
United States District Judge